UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61035-RAR

**CAYAGO AMERICAS, INC.**, *et al.*,

    Plaintiffs,

v.

**RENE HEINEN**, *et al.*,

    Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation on Claim Construction [ECF No. 172] ("Report"), entered on April 29, 2022. Magistrate Judge Strauss held a Markman hearing on February 2, 2022. [ECF No. 101]. Prior to the Markman hearing, the parties submitted opening and reply claim construction briefing. [ECF Nos. 81; 82; 84; 85]. Plaintiffs filed objections to the Report on May 13, 2022 [ECF No. 179] ("Objections").

Magistrate Judge Strauss recommended that the Court construe the claims as follows:

a) The Person of Ordinary Skill in the Art ("POSITA"): Magistrate Judge Strauss recommends that the Court accept both parties' positions on the qualifications of a POSITA.

b) '814 Patent

    i. "Flow channel": "an internal passageway through which water may flow."
    ii. "Heat-conducting unit": "a component that connects the stator to the housing and which is able to conduct heat."
    iii. "A material capable of conducting heat": "a material capable of conducting heat."

c) '019 Patent

    i. "Holder": "an object that has a plurality of receptacles."
    ii. "Receptacle": "a component into which another object is inserted."
    iii. "Holding Arrangement": "a configuration of two spaced-apart holders."

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed the parties' opening and reply claim construction briefing [ECF Nos. 81; 82; 84; 85], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 172] is **AFFIRMED AND ADOPTED**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 20th day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**