UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61035-RAR

**CAYAGO AMERICAS, INC.**, *et al.*,

    Plaintiffs,

v.

**RENE HEINEN**, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation on Plaintiffs' Motion for Preliminary Injunction [ECF No. 193] ("Report"), entered on May 27, 2022. He held a three-day evidentiary hearing on the Motion. [ECF Nos. 99, 100, 102]. At the Hearing, Magistrate Judge Strauss took testimony and reviewed evidence related to this matter. Plaintiffs filed objections to the Report on June 10, 2022 [ECF No. 198] ("Objections"). Magistrate Judge Strauss recommended that the Court **DENY** the Motion for Preliminary Injunction. Report at 1.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiffs timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's legal and factual findings.

Having carefully reviewed the Motion [ECF No. 45], the Response [ECF No. 63], the Reply [ECF No. 66], Sur-Reply [ECF No. 70], the parties' post-hearing briefs [ECF Nos. 126, 127, 128, 129], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 193] is **AFFIRMED AND ADOPTED**.   Plaintiffs' Motion for Preliminary Injunction [ECF No. 45] is **DENIED**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 21st day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**